UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAUL ALAN GILMORE, <br><br> Petitioner, <br><br> v. <br><br> RON HAYNES, <br><br> Respondent. | CASE NO. C18-5496 BHS <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 10. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Petitioner's Petition is **DENIED** as to all grounds;

(3) A Certificate of Appealability is **DENIED**;

(4) The Clerk shall enter **JUDGMENT** and close this case; and

(5) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. David W. Christel.

Dated this 26th day of November, 2018.

_____
BENJAMIN H. SETTLE
United States District Judge